IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DWAYNE WHITMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-01720-JSD |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

## JPMORGAN CHASE BANK, N.A.'S SECOND CONSENT MOTION FOR EXTENSION OF TIME

Defendant JPMorgan Chase Bank, N.A. ("JPMorgan Chase") respectfully moves this Court for an order extending JPMorgan Chase's time to answer or otherwise plead by two weeks, to March 3, 2025. In support of this Motion, JPMorgan Chase states as follows:

1. Plaintiff David Dwayne Whitman served his Complaint on JPMorgan Chase on January 13, 2025.

2. JPMorgan Chase moved for an extension of time on January 24, 2025 (Doc. 11) and its current deadline to answer or otherwise plead is February 17, 2025.

3. JPMorgan Chase requests a second extension of time in order to continue assessing the facts as alleged and reviewing all relevant material before responding to the allegations.

4. Accordingly, JPMorgan Chase seeks an order from this Court extending JPMorgan Chase's time to answer or otherwise plead by an additional two weeks to March 3, 2025, so that JPMorgan Chase may assess the facts as alleged and review all relevant material before responding to the allegations.

5. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

6. The below-signed conferred with counsel for Plaintiff, and they consent to the requested extension.

WHEREFORE, for the foregoing reasons, Defendant JPMorgan Chase Bank, N.A. respectfully requests that this Court extend its time to answer or otherwise plead to March 3, 2025.

Respectfully Submitted,

*/s/ Courtney J. Harrison*
STINSON LLP
Courtney J. Harrison (MO# 69121)
1201 Walnut St., Suite 2900
Kansas City, MO 64106
816-691-2354
courtney.harrison@stinson.com
ATTORNEY FOR JPMORGAN CHASE BANK, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve notification of same on the below-listed counsel of record for Plaintiff.

    Kaitlin Carpenter
    James G. Onder
    OnderLaw, LLC
    110 East Lockwood
    St. Louis, MO 63119
    carpenter@onderlaw.com
    onder@onderlaw.com

    Thomas J. Lyons, Jr.
    Carter B. Lyons
    Consumer Justice Center P.A.
    367 Commerce Court
    Vadnais Heights, MN 55127
    tommy@consumerjusticecenter.com
    carter@consumerjusticecenter.com

    Attorneys for Plaintiff

    */s/ Courtney J. Harrison*
    Attorney for Defendant