UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID DWAYNE WHITMAN, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:24-CV-01720-JSD |
| JPMORGAN CHASE BANK, N.A., | ) |
| Defendant(s). | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Matthew T. Schelp.

March 4, 2025                                         *Nathan M. Graves*                    /
Date                                                        Clerk of Court

                                                  By:   /s/ Jacqueline Parker              /
                                                         JACQUELINE PARKER
                                                         Deputy Clerk


**In all future documents filed with the Court, please use the following case number: 4:24-CV-01720-MTS**