**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **DAVID DWAYNE WHITMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-01720-JSD |
| | ) |
| **JPMORGAN CHASE BANK N.A.,** | ) |
| | ) |
| Defendant. | ) |

**JOINT PROPOSED SCHEDULING PLAN**

COME NOW Plaintiff David Whitman and Defendant JPMorgan Chase Bank N.A., each by and through their attorneys, and submit this Joint Proposed Scheduling Plan for the Court.

Pursuant to Rule 16(b) and 26(f) of the Federal Rules of Civil Procedure, the parties are ordered to comply with the following schedule and order.

1. **Track assignment:** The parties agree that this case should be assigned to Track 2, Standard Track.

2. **Joinder of Parties & Amendment of Pleadings:** Any motions to join additional parties shall be filed on or before **May 12, 2025**. Any motion to amend the pleadings shall be filed on or before **May 12, 2025**.

3. **Discovery Plan:**

    a. The parties anticipate the need for a protective order governing the use and disclosure of documents adduced in discovery and shall submit a proposed order via joint motion.

    b. The parties shall disclose information and exchange documents pursuant to Fed.R.Civ.P. 26(a)(1) by **April 25, 2025**.

    c. Discovery shall not be conducted in phases or limited to certain issues.

    d. Parties shall disclose expert witness' identities and reports by **July 28, 2025**. and make them available for deposition by **September 1, 2025**.

    e. The presumptive limit of ten depositions per side as set forth in Fed.R.Civ.P. 30(a)(2)(A) and twenty-five interrogatories per party as set forth in Fed.R.Civ.P. 33(a) shall apply in this case.

    f. The parties do not anticipate any requests for physical or mental examination pursuant to Fed.R.Civ.P. 35.

    g. The parties have agreed documents withheld on the basis of privilege that were generated on or after the date of filing of this litigation need not be logged.

    h. Fact discovery shall be completed by **June 30, 2025**.

    i. Parties prefer to have this action referred to early neutral mediation. The case shall be referred to mediation by **May 6, 2025**.

4. **Dispositive and *Daubert* Motions**: Any motions to dismiss, motions for summary judgment, or, if applicable, any motion to exclude testimony pursuant to *Daubert v. Merrell Dow Pharamaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co. v. Carmichael*, 526 U.S. 137 (1999) shall be filed by **November 17, 2025**.

5. **Trial:** The earliest date by which this case should reasonably expected to be ready for a jury trial is **March 16, 2025**. It is estimated the case can be tried to verdict in

**1 week**.

>Respectfully submitted,
>
>By: */s/Kaitlin Carpenter*
>Kaitlin Carpenter, Esq.
>Attorney I.D. #: 74599
>James G. Onder, Esq.
>Attorney I.D. #: MO 38049 / IL 6200444
>**ONDERLAW, LLC**
>110 East Lockwood
>Saint Louis, MO 63119
>Telephone: 314-963-9000
>carpenter@onderlaw.com
>Onder@onderlaw.com
>
>Thomas J. Lyons, Jr., Esq.
>Attorney I.D. #:  0249646
>Carter B. Lyons, Esq.
>Attorney I.D. #: 403655
>**CONSUMER JUSTICE CENTER P.A.**
>367 Commerce Court
>Vadnais Heights, MN 55127
>Telephone:  651-770-9707
>tommy@consumerjusticecenter.com
>carter@consumerjusticecenter.com
>
>ATTORNEYS FOR PLAINTIFF
>
>*/s/ Courtney J. Harrison*
>**STINSON LLP**
>Courtney J. Harrison (MO# 69121)
>1201 Walnut St., Suite 2900
>Kansas City, MO 64106
>816-691-2354
>courtney.harrison@stinson.com
>
>ATTORNEY   FOR   JPMORGAN   CHASE BANK, N.A.