UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

David Whitman

_____
Plaintiff(s),

vs.

JPMorgan Chase Bank, N.A.

_____
Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No.  4:24-cv-01720-MTS

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral**

**evaluation,** dated _____ April 14, 2025 the parties hereby designate by agreement the following individual

from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:                Bradley Winters

Firm Name and Address:          JAMS
                                190 Carondelet Plaza, Ste. 1450
                                St. Louis, MO 63105

Telephone & FAX Number:         314-334-5267 & 314-944-5054

**The attorneys of record in this case are:**

Name of Lead Counsel:           Thomas J. Lyons, Jr.(Lead),Carter Lyons & Kaitlin Carpenter

Firm Name and Address:          Consumer Justice Center, P.A.      OnderLaw LLC
                                367 Commerce Court                 110 E. Lockwood
                                Vadnais Heights, MN 55127           St. Louis, MO 63119

Telephone & FAX Number:         651-770-9707, 651-704-0907 & 314-963-9000, 314-963-1700

Name of Other Counsel:          Courtney J. Harrison (Lead)

Firm Name and Address:

Stinson LLP
1201 Walnut Street, Ste. 2900
Kansas City, MO 63106

Telephone & FAX Number: ___816-691-2354_____

**The completion deadline for this ADR referral is** ___June 18, 2025_____

The parties, in consultation with the assigned neutral, hereby designate by agreement the

following date, time, and location of the initial ADR conference:

Date of Conference: ___June 12_____ 20_25____

Time of Conference: ___9:30 a.m._____ a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: JAMS
190 Carondelet Plaza, Ste. 1450
Clayton, MO 63105

All parties and the assigned neutral have been given at least fourteen (14) days notice of the

above-dated conference. The neutral shall schedule any additional conference(s) in consultation with

the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and

mutual.

___5/12/2025_____

Date

/s/ Thomas Lyons, Jr.

_____

Signature of Plaintiff(s)

/s/ Courtney J. Harrison

_____

Signature of Defendant(s)